## (January 17, 1949.)

In the Matter of the Resignation of CHARLES R. McCONNELL, an Attorney.— The above-named attorney, upon his own confession and plea of guilty, having

been convicted in the County Court of Queens County on the 9th day of December, 1948, of the crime of grand larceny in the second degree, and having submitted his resignation as an attorney and counselor at law, such resignation as attorney and counselor at law is accepted and his name is ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ.